**Order entered September 12, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00859-CV

### DELORIS PHILLIPS, Appellant

### V.

### TEXAS DEPARTMENT OF INSURANCE DIVISION OF WORKERS COMPENSATION, ET AL, Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-06299**

### ORDER

Before the Court is court reporter Terri Etekochay's September 8, 2022 request for an extension of time to file the reporter's record. Because the deadline for filing the record has been suspended pending the Court's determination of its jurisdiction over this appeal, we **DENY** the motion as premature. The Court will set a new deadline for the record should the Court determine it has jurisdiction over the appeal.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE